**UNITED STATES of America, Plaintiff–Appellee**

v.

**Kevin Arthur MILES, Defendant–Appellant.**

**No. 14–10996**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 9, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Christopher Michael McCaffrey, Law Offices of Christopher McCaffrey, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The counsel appointed to represent Kevin Arthur Miles on appeal has moved for leave to withdraw and has filed a brief in

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**238**

accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Miles has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Miles's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the `APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.